# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSSEIN OSMAN ALI,<br><br>  Plaintiff<br><br>  v.<br><br>CHEX SYSTEMS, INC.,<br><br>  Defendants. | **Case No. 1:17-cv-00475-DAD-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 8) |

On May 2, 2017, Plaintiff Hussein Ali filed a notice of dismissal dismissing his case without prejudice. (ECF No. 8.) No defendant has filed an answer or motion for summary judgment. In light of Plaintiff's notice, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **May 4, 2017**                 /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1

2